closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNIVERSAL DYEING AND PRINTING, INC.,

Plaintiff,

v.

BOSCOV S, INC., et al.,

Defendants.

Case No.: 2:19-cv-09238-JFW-KSx

*Hon. John F. Walter Presiding*

**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE**

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    The action is dismissed with prejudice; and

2.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: October 21, 2020          By: _____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1
ORDER ON STIPULATION TO DISMISS ACTION